ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431
Facsimile:  (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al.** )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>**DOUGLAS J. PETERSEN, individually and doing business as THIESSEN  CONSTRUCTION COMPANY and CALIFORNIA ROOFING SERVICES** )<br>)<br>)<br>)<br>Defendant. )<br>) | NO. C 08 2140 MHP<br><br>MOTION FOR ENTRY OF DEFAULT |

To the Clerk of the United States District Court for the Northern District of California:

You will please enter the default of defendant, DOUGLAS J. PETERSEN, individually and doing business as THIESSEN CONSTRUCTION COMPANY and CALIFORNIA ROOFING SERVICES,  failure to plead or otherwise move as provided by the Federal Rules of Civil Procedure, as appears from the Declaration of Michael J. Carroll in Support of Entry of Default filed herewith.

Dated: June 18, 2008                                      ERSKINE & TULLEY


                                                           By:    /s/ Michael J. Carroll
                                                                  MICHAEL J. CARROLL
                                                                  Attorney for Plaintiffs

**MOTION FOR ENTRY OF DEFAULT**                               1