1 | ERSKINE & TULLEY
  | A PROFESSIONAL CORPORATION
2 | MICHAEL J. CARROLL (ST. BAR #50246)
  | 220 Montgomery Street, Suite 600
3 | San Francisco, CA 94104
  | Telephone: (415) 392-5431
4 | Facsimile: (415) 392-1978

5 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE BAY AREA ROOFERS**, et al. | NO. C 08 2140 MHP |
| Plaintiffs, | **PROPOSED NOTICE OF ENTRY OF DEFAULT** |
| vs. | |
| **DOUGLAS J. PETERSEN, individually and doing business as THIESSEN CONSTRUCTION COMPANY and CALIFORNIA ROOFING SERVICES corporation** | |
| Defendants. | |

   IT IS HEREBY NOTICED that the default of defendant, DOUGLAS J. PETERSEN, individually and doing business as THIESSEN CONSTRUCTION COMPANY and CALIFORNIA ROOFING SERVICES, a California, has been entered by the Clerk of the Court on _____.

Date:_____          Richard W. Wieking, Clerk


                                By: _____
                                     Deputy Clerk


**NOTICE OF ENTRY OF DEFAULT**          1