```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiff
 5

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                 NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13  BOARD OF TRUSTEES OF THE BAY AREA   )   NO.  C 08 2140 MHP
    ROOFERS, et al.                     )
14                                      )   EX PARTE APPLICATION FOR
                       Plaintiff,       )   ORDER TO CONTINUE CASE
15                                      )   MANAGEMENT CONFERENCE
                                        )
16          vs.                         )
                                        )
17                                      )
    DOUGLAS J. PETERSEN, individually   )
18  and doing business as THIESSEN      )
    CONSTRUCTION COMPANY and CALIFORNIA )
19  ROOFING SERVICES corporation        )
                                        )
20                     Defendant.       )
    _____)
21
```

22          Plaintiff, BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH

23  & WELFARE TRUST FUND, PACIFIC COAST ROOFERS PENSION PLAN, EAST BAY/

24  NORTH BAY ROOFERS VACATION TRUST FUND, BAY AREA COUNTIES ROOFING

25  INDUSTRY PROMOTION FUND, BAY AREA COUNTIES ROOFING INDUSTRY

26  APPRENTICESHIP TRAINING FUND; BRUCE LAU, TRUSTEE, hereby applies _ex_

27  _parte_ for an order to continue the Case Management Conference from

28  July 28, 2008 to September 8, 2008.

EX PARTE APPLCTN FOR ORDER TO CONTINUE CASE MGMT CONFERENCE    1

1     This <u>ex</u> <u>parte</u> application is based upon the Declaration of
2 Attorney Michael J. Carroll filed herewith.
3 Dated:   July 17, 2008

                                      Respectfully submitted,

                                      ERSKINE & TULLEY

                                    By:<u>/s/ Michael J. Carroll</u>
                                          Michael J. Carroll
                                          Attorneys for Plaintiff