1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11

12  BOARD OF TRUSTEES OF THE BAY AREA    )     NO.  C 08 2140 MHP
    ROOFERS, et al.                      )
13                                       )     ORDER TO CONTINUE CASE
                    Plaintiffs,          )     MANAGEMENT CONFERENCE
14                                       )
            vs.                          )
15                                       )
    DOUGLAS J. PETERSEN, individually    )
16  and doing business as THIESSEN       )
    CONSTRUCTION COMPANY and CALIFORNIA  )
17  ROOFING SERVICES                     )
                                         )
18                  Defendant.           )
    _____)
19

20          IT IS ORDERED that the Case Management Conference in this

21  case set for July 28, 2008 continued to September 8, 2008 at 4:00 p.m.

22  in Courtroom 15, 18th Floor, 450 Golden Gate Avenue, San Francisco,

23  CA.

24  Dated:_____

25                              _____
                                Honorable Marilyn H. Patel
26

27

28

    ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE