1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5
6
7
8                UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA
10
11
12 BOARD OF TRUSTEES OF THE BAY AREA  )   NO.  C 08 2140 MHP
   ROOFERS, et al.                   )
13                                   )   ORDER TO CONTINUE CASE
                        Plaintiffs,  )   MANAGEMENT CONFERENCE
14                                   )
           vs.                       )
15                                   )
   DOUGLAS J. PETERSEN, individually )
16 and doing business as THIESSEN    )
   CONSTRUCTION COMPANY and CALIFORNIA )
17 ROOFING SERVICES                  )
                                     )
18                      Defendant.   )
   _____)
19
20         IT IS ORDERED that the Case Management Conference in this
21 case set for July 28, 2008 continued to September 8, 2008 at 4:00 p.m.
22 in Courtroom 15, 18th Floor, 450 Golden Gate Avenue, San Francisco,
23 CA.
24 Dated: July 18, 2008
25                                    _____
                                      Honorable Marilyn H. Patel
26
27                                    IT IS SO ORDERED
                                      Judge Marilyn H. Patel
28

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE