```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al., | ) ) ) | NO.  C 08 2140 MHP |
| Plaintiffs, | ) ) | STIPULATION TO EXTEND TIME TO HOLD MEDIATION; |
| vs. | ) ) | ORDER |
| DOUGLAS J. PETERSEN, individually and doing business as THIESSEN CONSTRUCTION COMPANY and CALIFORNIA ROOFING SERVICES | ) ) ) ) ) | |
| Defendant. | ) ) | |

The parties report the status of this case as follows:

On February 2, 2009 the Court ordered that mediation occur in this case within 45 days.  If that was not possible a Stipulation to extend time was to be submitted.  Counsel for plaintiff advised the ADR office of the Court's Order that day.

On February 24, 2009 the ADR office indicated that it would not be possible to get the mediation done in time.  The ADR office asks that the time be extended to April 30, 2009.

It is so stipulated.

STIPULATION TO EXTEND TIME TO HOLD MEDIATION; ORDER         1

```
1   Date:      2/27/09                    ERSKINE & TULLEY
                                          A PROFESSIONAL CORPORATION
2

3                                         By:/s/Michael J. Carroll
                                              Michael J. Carroll
4                                             Attorneys for Plaintiffs

5                                         PROBAL G. YOUNG

6

7   Date:      3/6/09                     By:/s/Archer Norris
                                              Archer Norris
8                                             Attorney for Defendant and
                                              Third Party Plaintiff
9
                                          TOD M. RATFIELD
10                                        Attorney at Law

11  Date:      3/2/09                     By:/s/Tod M. Ratfield
                                              Tod M. Ratfield
12                                            Attorney for Third Party
                                              Defendant
13
                                          ORDER
14
    IT IS SO ORDERED.
15
    Dated: 3/17/2009
16                                        _____
                                          Honorable M_____     Judge
17

```

IT IS SO ORDERED

Judge Marilyn H. Patel

STIPULATION TO EXTEND TIME TO HOLD MEDIATION; ORDER          2