1 | ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
2 | MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
3 | San Francisco, CA  94104
Telephone:  (415) 392-5431
4 |
Attorneys for Plaintiffs
5 |

6 |

7 |
                    UNITED STATES DISTRICT COURT
8 |
                  NORTHERN DISTRICT OF CALIFORNIA
9 |

10 |

11 |
BOARD OF TRUSTEES OF THE BAY AREA    )       NO.  C 08 2140 MHP
12 | ROOFERS, et al.,                    )
                                        )
13 |                     Plaintiffs,     )   STIPULATION TO EXTEND
                                        )   TIME TO HOLD MEDIATION;
14 |          vs.                        )   ORDER
                                        )
15 | DOUGLAS J. PETERSEN, individually   )
     and doing business as THIESSEN     )
16 | CONSTRUCTION COMPANY and CALIFORNIA )
     ROOFING SERVICES                   )
17 |                                     )
                      Defendant.        )
18 | _____ )

19 |         The parties report the status of this case as follows:

20 |         On February 2, 2009 the Court ordered that mediation occur

21 | in this case within 45 days.  If that was not possible a Stipulation

22 | to extend time was to be submitted.  Counsel for plaintiff advised the

23 | ADR office of the Court's Order that day.

24 |         A mediator has been appointed, but the earliest date

25 | available to all sides is June 18, 2009.

26 |         The parties respectfully request and stipulate to a

27 | continuance of the Case Management Conference now set for June 8, 2009

28 | to July 13, 2009.

STIPULATION TO EXTEND TIME TO HOLD MEDIATION; ORDER        1

1   Date:      6/3/09                          ERSKINE & TULLEY
                                               A PROFESSIONAL CORPORATION
2

3                                              By:/s/Michael J. Carroll
                                                  Michael J. Carroll
4                                                 Attorneys for Plaintiffs

5                                              PROBAL G. YOUNG

6

7   Date:      6/3/09                          By:/s/Archer Norris
                                                  Archer Norris
8                                                 Attorney for Defendant and
                                                  Third Party Plaintiff
9
                                               TOD M. RATFIELD
10                                             Attorney at Law

11  Date:      6/3/09                          By:/s/Tod M. Ratfield
                                                  Tod M. Ratfield
12                                                Attorney for Third Party
                                                  Defendant
13

14                                       ORDER
    IT IS SO ORDERED.
15
    Dated: June 4, 2006
16                                       _____
                                         Honorable Marilyn _____ Judge
17

18

19

20

21

22

23

24

25

26

27

28