```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF BAY AREA ROOFERS, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> DOUGLAS J. PETERSEN, et al. ) <br> ) <br> Defendant. ) | NO.  C 08 2140 MHP <br><br> ~~PROPOSED~~ <br> MEDIATION ORDER |

    The Minute Order entered in this matter July 13, 2009 as document 28 is superceded by the following.

    IT IS ORDERED that Defendant's counsel will send via certified mail, return receipt, a letter to Douglas Petersen directing him to appear at the mediation session scheduled for 7/30/2009 at 10:00 a.m. at Mr. Carroll's office.  If the defendant fails to appear, counsel may submit a request for entry of default and the court will allow entry of default.  Further Status Conference set for 9/14/2009 at 3:00 p.m.  A Joint Status Conference Statement due one week prior to the conference.

Dated: 7/24/2009

_____
Judge Marilyn H. Patel

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

PROPOSED MEDIATION ORDER