Probal G. Young (Bar No. 188177)
pyoung@archernorris.com
ARCHER NORRIS
2033 North Main Street, Suite 800
Walnut Creek, CA 94596-3759
Telephone: 925.930.6600
Facsimile: 925.930.6620

Attorneys for Defendant
DOUGLAS JAMES PETERSEN, individually and dba THEISSEN CONSTRUCTION COMPANY and CALIFORNIA ROOFING SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEATH AND WELFARE TRUST FUND, et al,

Plaintiffs,

v.

DOUGLAS JAMES PETERSEN, individually and doing business as THIESSEN CONSTRUCTION COMPANY and CALIFORNIA ROOFING SERVICES,

Defendant.

DOUGLAS JAMES PETERSEN, individually and doing business as THIESSEN CONSTRUCTION COMPANY and CALIFORNIA ROOFING SERVICES,

Third-Party Plaintiff,

v.

RICHARD L. MILSNER,

Third-Party Defendant.

Case No. C 08 2140 MHP

**SUBSTITUTION OF COUNSEL AND ~~[PROPOSED]~~ ORDER SUBSTITUTING COUNSEL FOR DEFENDANTS**

///

///

**SUBSTITUTION OF ATTORNEYS**

Douglas James Petersen, individually and dba Thiessen Construction Company and California Roofing Services, the defendants in the above-entitled action, hereby substitute and appoint the firm of McNamara, Dodge, et al to represent them in this action in the place and stead of Archer Norris.

Dated August 7, 2009

Douglas Petersen, individually

Dated: August 7, 2009

Thiessen Construction Company

Dated: August 7, 2009

California Roofing Services

McNamara, Dodge, et al. hereby accepts appointment as counsel of record for the Defendants Douglas James Petersen, Thiessen Construction Company and California Roofing Services, in the above-entitled action in the place and stead Archer Norris.

Dated: August 26, 2009

Lee A. Archer, Esq.
McNamara, Dodge, et al

Archer Norris, hereby agrees to the substitution of. as the attorney of record for the Defendants in the above-entitled action.

Dated: August 7, 2009

Probal Young, Esq.
Archer Norris

I am dully admitted to practice in this District

Above substitution accepted.

Dated: August 26, 2009

Lee A. Archer, Esq.
McNamara, Dodge, et al

Please check one: X RETAINED, or ______APPOINTED BY THE COURT

APPROVED:

Dated: 9/2/2009

UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Marilyn H. Patel

## PROOF OF SERVICE

**Name of Action: Board of Trustees of the Bay Area Roofers Health and Welfare Trust Fund, et al v. Douglas Petersen, et al**
**Court and Action No: United States District Court, Northern District of California Action No. C 08 2140 MHP**

I, Dana L. Moxley, declare that I am over the age of eighteen years and not a party to this action or proceeding. My business address is 2033 North Main Street, Suite 800, Walnut Creek, California 94596-3759. On September 1, 2009, I caused the following document(s) to be served:

**SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER SUBSTITUTING COUNSEL FOR DEFENDANTS**

☒ by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

☐ by having a true copy of the document(s) listed above transmitted by facsimile to the person(s) at the facsimile number(s) set forth below before 5:00 p.m. The transmission was reported as complete without error by a report issued by the transmitting facsimile machine.

☐ by having personally delivered a true copy of the document(s) listed above, enclosed in a sealed envelope, to the person(s) and at the address(es) set forth below.

☐ by having personal delivery by _______________ of a true copy of the document(s) listed above, enclosed in a sealed envelope, to the person(s) and at the address(es) set forth below.

☐ by placing a true copy of the document(s) listed above, in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by the express service carrier to receive documents, in an envelope designated by the express service carrier, with delivery fees paid or provided for, addressed as set forth below.

☐ I electronically served the above referenced document(s) through __________. E-service in this action was completed on all parties listed on the service list with __________. This service complies with the court's order in this case.

Michael Carroll
Erskine & Tulley
220 Montgomery Street, #303
San Francisco, CA 94104
Tel: (415) 392-5431
Fax: (415) 392-1978

Tod M. Ratfield
1233 Alpine Rd.
Walnut Creek, CA 94596
Tel: (925) 934-3300
Fax: (925) 934-9775

Lee A. Archer
McNamara, Dodge, et al
1211 Newell Avenue
Walnut Creek, CA 94596
Tel: (925) 939-5330
Fax: (925) 939-0203

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 1, 2009, at Walnut Creek, California.

Dana L. Moxley